### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA HAMILTON, )<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>ANDOVER, LLC, a Kansas Limited Liability )<br>Company, )<br>)<br>       Defendant. )<br>_____ ) | Case No. 10-1443-JTM-KMH |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that the above-captioned matter is hereby dismissed with prejudice.

Dated: August 5, 2011

s/Stephan M. Nitz
Stephan M Nitz
Attorney for Plaintiff
FBN: 45561
Schwartz Zweben, LLP
3876 Sheridan Street
Hollywood, Florida 33021
(954-966-2483 – Telephone
(954) 374-6972 -Facsimile
snitz@szalaw.com

s/ David P. Calvert
David P. Calvert, P.A.
Attorney for Defendant
Kansas Bar No.: 06628
532 N. Market Street
Wichita, Kansas 67214
(316)-269-9055 - Telephone
(316)-269-0440 - Facsimile
lawdpc@swbell.net.

s/Lawrence W. Williamson
Lawrence W. Williamson, Jr.
Attorney for Plaintiff
Kansas Bar No: 21282
Williamson Law Firm LLC
218 Delaware, Ste., #207
Kansas City, MO 64105
(816) 256-4150 – Telephone
(913) 535-0736 – Facsimile
l.williamson@williamsonfirm.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of August, 2011, I electronically submitted the foregoing to the Clerk of the Court which will send a notice of electronic filing to the following: Stephan M. Nitz at snitz@szalaw.com and Lawrence W. Williamson, Esq., at l.williamson@williamsonfirm.com.

<u> /s/ David P. Calvert</u>
David P. Calvert, #06628
David P. Calvert, P.A.
532 N. Market
Wichita, Kansas  67214
(316) 269-9055
Fax:  (316) 269-0440
lawdpc@swbell.net